Jeff Silvestri (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile:  (702) 873-9966
jsilvestri@mcdonaldcarano.com

William L. Wolf (TXSBN 2185450)
(*admitted pro hac vice*)
Wolf & Henderson, PC
4309 Irving Avenue, Suite 200
Dallas, TX 75219
Telephone: (214) 750-1395
Facsimile: (214) 368-1395
BWolf@wolf-law.com

*Attorneys for Defendants Stephen Holley, Jr. and Molly Holley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW MEINNERT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN HOLLEY, JR., an individual; MOLLY HOLLEY, an individual, <br><br> Defendants. | CASE NO.: 3:20-cv-00255-RCJ-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff, Andrew Meinnert ("Plaintiff") and Defendants Stephen Holley, Jr. and Molly Holley ("Defendants"), by and through their respective undersigned counsel, stipulate to extend the deadline for Defendants to answer or otherwise respond to the Complaint to October 4, 2021.

This is the parties' first request to extend this deadline. McDonald Carano LLP requires additional time to review the claims with the Defendants and investigate the facts. Additionally,

Defendants' co-counsel William L. Wolf has been substantially involved in other matters, along with travel relating to those matters. This request is not made for the purpose of delay.

DATED: October 1, 2021

HOLLAND & HART LLP

By: /s/ *Joshua M. Halen*
    Timothy A. Lukas (NSBN 4678)
    Joshua M. Halen (NSBN 13885)
    5441 Kietzke Lane, Second Floor
    Reno, NV 89511
    tlukas@hollandandharat.com
    jmhalen@hollandandharat.com

*Attorneys for Plaintiff Andrew Meinnert*

DATED: October 1, 2021

MCDONALD CARANO LLP

By: /s/ *Jeff Silvestri*
    Jeff Silvestri (NSBN 5779)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    jsilvestri@mcdonaldcarano.com

    William L. Wolf (TXSBN 2185450)
    (*admitted pro hac vice*)
    Wolf & Henderson, PC
    4309 Irving Avenue, Suite 200
    Dallas, TX 75219
    BWolf@wolf-law.com

*Attorneys for Defendants*
*Stephen Holley, Jr. and Molly Holley*

IT IS SO ORDERED:

*William G. Cobb*

UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2021

4839-7212-5437, v. 1