# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW MEINNERT, | Case No.: 3:20-CV-00255-RCJ-CSD |
| Plaintiff, | |
| vs. | **ORDER** |
| STEPHEN HOLLEY, JR., an individual, MOLLY HOLLEY, an individual, | |
| Defendants. | |

Before the Court is Defendants' Emergency Motion for Extension to Respond to Plaintiff Andrew Meinnert's Motion for Summary Judgment (ECF No. 40) and Plaintiff's Response to Defendants' Emergency Motion for Extension to Respond to Motion for Summary Judgment (ECF No. 41). Accordingly,

**IT IS HEREBY ORDERED** that the Emergency Motion for Extension to Respond to Plaintiff Andrew Meinnert's Motion for Summary Judgment (ECF No. 40) is **GRANTED** in part.

**IT IS FURTHER ORDERED** that Defendants shall file a response within 14 days of entry of this Order, on or before **5:00P.M., Thursday, July 7, 2022**.

**IT IS SO ORDERED** dated this 23rd day of June, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE