AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Andrew MEINNERT,

            Plaintiff,

v.

Stephen HOLLEY, Jr, *et al.*

            Defendants.

JUDGMENT

Case Number: 3:20-cv-00255-RCJ-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Meinnert's Motion for Summary Judgment is **granted**.
**IT IS FURTHER ORDERED** that judgment is hereby entered against Holley in the amount of $574,308.29, accruing interest at a rate of 5.12%.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk